# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| MOLINA HEALTHCARE OF FLORIDA, INC., | : | NO. 24-506 |
| Defendant. | : | |

## ORDER

AND NOW, this 19th day of March, 2024, upon consideration of Defendant's *Motion to Dismiss* (ECF No. 6), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**